## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Justin A. Lang  
       Jamie L. Lang aka Jamie Farley  
                 Debtor(s)

BK NO. 20-02360 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ James C. Warmbrodt  
                                    James Warmbrodt  
                                    11 Aug 2020, 12:10:55, EDT

                                    KML Law Group, P.C.  
                                    BNY Mellon Independence Center  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA  19106  
                                    215-627-1322