UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JUSTIN A. LANG and | : | CHAPTER 13 |
| JAMIE L. LANG a/k/a JAMIE FARLEY | : | |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JUSTIN A. LANG and | : | |
| JAMIE L. LANG a/k/a JAMIE FARLEY | : | CASE NO. 1-20-bk-02360-HWV |
| Respondents | : | OBJECTION TO EXEMPTIONS |

### ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.